## United States District Court for the Northern District of Illinois

Case Number: 08cv2904         Assigned/Issued By: j. n.

Judge Name: kendall           Designated Magistrate Judge: nolan

### FEE INFORMATION

Amount Due:   [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                  Receipt #: 2789709

Date Payment Rec'd: 5-19-08       Fiscal Clerk: j. n.

### ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
                                           (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

1  Original and  0  copies on  5-20-08  as to  defendant
                                (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05