UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

James T. Sullivan, et al.
                        Plaintiff,

v.                                          Case No.: 1:08−cv−02904
                                          Honorable Virginia M. Kendall

Thomas H. Litvin, Co.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: The Court's review of the complaint indicates that it is appropriate to give this ERISA case expedited treatment. The parties are to proceed with all discovery. Plaintiff shall comply with FRCP(26)(a)(1) by 7/7/2008. Discovery ordered closed by 8/15/2008. Status hearing set for 7/21/2008 at 09:00 AM. The parties are to file a joint status report by 7/16/2008. (See Judge Kendall's web page found at www.ilnd.uscourts.gov for status report). The parties are ordered to fully exhaust all settlement possibilities prior to the first status hearing. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.