65100/1149 Lit-4782

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

JAMES T. SULLIVAN, not individually but as Trustee of
PLUMBERS' PENSION FUND, LOCAL 130, U.A., et al.,

Plaintiffs,

V.

THOMAS H. LITVIN CO., an Illinois corporation,

Defendant.

CASE NUMBER: 08CV2904

ASSIGNED JUDGE: JUDGE KENDALL

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

Thomas H. Litvin Co.
c/o Robert L. Litvin, registered agent
2102 W. Carroll Ave.
Chicago, Illinois 60612

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas A. Lindsay
John W. Loseman
Lisa M. Simioni
Brian T. Bedinghaus
Lewis Overbeck & Furman, LLP
20 N. Clark St., Suite 3200
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_[signature]_

(By) DEPUTY CLERK

May 20, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE: May 30'th, 2008 |
| NAME OF SERVER *(PRINT)*: Philip P. Ducar | TITLE: Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service of the Summons and the Complaint was effected upon Ms. Dee Mazur, at the office of Mr. Robert L. Litvin, the Registered Agent for the defendant, Thomas H. Litvin Co. The location of service is also the business location of the defendant. Service was effected at 2101 West Carroll Street, in Chicago, Illinois, at the hour of 1:10 p.m., on Friday, May 30'th, 2008.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 30'th, 2008        *Philip P. Ducar*
              Date                   Signature of Server

Post Office Box # 911
Tinley Park, Illinois 60477

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.