06-23-08 LMS137835-4T                                    65100/1149-LIT4782

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 C 2904 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| THOMAS H. LITVIN CO., | ) | Magistrate Judge Nolan |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' MOTION FOR
## ENTRY OF JUDGMENT

NOW COME Plaintiffs, JAMES T. SULLIVAN, etc., by their attorneys, DOUGLAS A.

LINDSAY, JOHN W. LOSEMAN, LISA M. SIMIONI, and, BRIAN T. BEDINGHAUS, with

LEWIS, OVERBECK & FURMAN, LLP, of counsel, and, pursuant to Fed. R. Civ. P. 55, move

the Court to enter:  (1) an Order finding Defendant, THOMAS H. LITVIN CO., in default; and

(2) a Judgment in favor of Plaintiff and against Defendant in the amount of $1,036,149.90.  In

support of this Motion, Plaintiffs state:

1.      Plaintiffs filed their Complaint on May 19, 2008, seeking recovery of delinquent

contributions, liquidated damages, interest, attorneys' fees, and court costs under the Collective

Bargaining Agreements ("Agreements") in effect between Defendant and Plaintiffs pursuant to

ERISA, 29 U.S.C. §§1132 and 1145, and the LMRA, 29 U.S.C. §185 for the months of October

and November, 2007, and January through April, 2008.

1

2.    On May 30, 2008, Defendant was served with a copy of the Summons and Complaint. The original Return of Service was filed with the Clerk of Court and a true and correct copy of the Return is attached hereto as Exhibit A.

3.    Defendant was required to appear and answer or otherwise plead on or before June 19, 2008.

4.    As of the date of the filing of this Motion, Defendant has not filed an answer, or other pleading and is in default.

5.    Inasmuch as Defendant is in default for failing to appear, Defendant is not entitled to notice.   Fed.R.Civ.P. 5(a)(2).

6.    Plaintiffs' damages are calculated as follows:

| | |
|---|---|
| $935,710.14 | Delinquent contributions for period October through November, 2007, and January through April, 2008, per §9.8 of the Agreements (see Affidavit of Kevin C. Sherlock, ¶7 attached hereto as Exhibit B) |
| $46,715.53 | Interest on unpaid contributions for period October through November, 2007, and January through April, 2008, through June 24, 2008, per §9.8 of the Agreements (see Affidavit of Kevin C. Sherlock, ¶8 attached hereto as Exhibit B) |
| $46,715.53 | Double interest on unpaid contributions per ERISA, 29 U.S.C. §1132(g)(2)(B) |
| $7,008.70 | Attorneys' fees and costs per ERISA, 29 U.S.C. §1132(g)(2)(D), and §9.8 of the Agreements (see Affidavit of Douglas A. Lindsay attached hereto as Exhibit C) |
| $1,036,149.90 | Total as of June 24, 2008, for October through November, 2007, and January through April 1, 2008 |

7.     Plaintiffs request the Court to enter a Judgment Order in the form attached

hereto as Exhibit D.

WHEREFORE, Plaintiffs, JAMES T. SULLIVAN, etc., et al. request the Court to enter:

(1) an Order finding Defendant, THOMAS H. LITVIN, CO., in default; and  (2) a Judgment in

favor of Plaintiffs and against Defendant in the amount of $1,036,149.90.

JAMES T. SULLIVAN, etc., et al., by
their attorneys, DOUGLAS A. LINDSAY,
JOHN W. LOSEMAN, LISA M.
SIMIONI, and BRIAN T. BEDINGHAUS

By: _____
        Lisa M. Simioni
        LEWIS, OVERBECK & FURMAN, LLP
        20 N. Clark St.
        Suite 3200
        Chicago, IL  60602-5093
        312-580-1248

Of Counsel:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark St.
Suite 3200
Chicago, IL  60602-5093
312-580-1200

3

PROOF OF SERVICE

I served a copy of the foregoing PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT upon:

Thomas H. Litvin Co.
c/o Robert L. Litvin, registered agent
2101 W. Carroll
Chicago, IL 60612

David J. Schwab
Richards Ralph & Schwab, Chtd.
175 E. Hawthorn Pky., Suite 345
Vernon Hills, IL 60061-1460

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Suite 3200, Chicago, Illinois on June 24, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 24, 2008

CHRISTINE USYAK

OF COUNSEL:
LEWIS, OVERBECK & FURMAN, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200

4

# EXHIBIT A

65100/1149 Lit-4782

AO 440 (Rev. 05/00) Summons in a Civil Action

# United States District Court

## Northern District of Illinois

### SUMMONS IN A CIVIL CASE

JAMES T. SULLIVAN, not individually but as Trustee of
PLUMBERS' PENSION FUND, LOCAL 130, U.A., et al.,

Plaintiffs,

V.

THOMAS H. LITVIN CO., an Illinois corporation,

Defendant.

| | |
|---|---|
| CASE NUMBER: | 08CV2904 |
| ASSIGNED JUDGE: | JUDGE KENDALL |
| DESIGNATED MAGISTRATE JUDGE: | MAGISTRATE JUDGE NOLAN |

TO: (Name and address of Defendant)

Thomas H. Litvin Co.
c/o Robert L. Litvin, registered agent
2102 W. Carroll Ave.
Chicago, Illinois 60612

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas A. Lindsay
John W. Loseman
Lisa M. Simioni
Brian T. Bedinghaus
Lewis Overbeck & Furman, LLP
20 N. Clark St., Suite 3200
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

-------------------------------
(By) DEPUTY CLERK

May 20, 2008
-------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me [1] | DATE | May 30'th, 2008 |
| NAME OF SERVER *(PRINT)*    Philip P. Ducar | TITLE | Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

XXX Other (specify): ____ Service of the Summons and the Complaint was effected upon Ms. Dee Mazur, at the office of Mr. Robert L. Litvin, the Registered Agent for the defendant, Thomas H. Litvin Co. The location of service is also the business location of the defendant. Service was effected at 2101 West Carroll Street, in Chicago, Illinois, at the hour of 1:10 p.m., on Friday, May 30'th, 2008.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 30'th, 2008        *Philip P. Ducar*
_____        _____
         Date                        *Signature of Server*

                            Post Office Box # 911
                            Tinley Park, Illinois 60477

                            _____
                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT B

06-23-08 LMS137836-3T                                    65100/1149-LIT4782

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES T. SULLIVAN, etc., et al.,          )
                                          )
                    Plaintiffs,           )      No. 08 C 2904
                                          )
              v.                          )      Judge Kendall
                                          )
THOMAS H. LITVIN CO.,                     )      Magistrate Judge Nolan
                                          )
                                          )
                                          )
                    Defendant.            )

## AFFIDAVIT OF KEVIN C. SHERLOCK

KEVIN C. SHERLOCK states that if he were called to testify, he would testify as

follows:

1.      I am the Field Representative for the Plumbers' Pension Fund, Local 130, U.A.,

and the Plumbers' Welfare Fund, Local 130, U.A. (collectively, "Funds").

2.      As Field Representative, I am familiar with the records maintained by Funds

on Employers who are parties to collective bargaining agreements ("Agreements") with the

Union, including Defendant.

3.      As part of their regularly conducted business activities, the Funds record when

payments are received by contributing Employers, including payments received by Defendant.

4.      Under the Agreements, Employers must remit payments to Funds in a timely

manner to avoid interest and liquidated damages.

1

5.    Under the Agreements, interest accrues on all delinquent contributions on a cumulative basis, at the rate of 1.5% per month from the first day of the month following the month for which the contributions are owed.  Article IX of CBA, §9.8.

6.    Under the Agreements, liquidated damages are assessed on all delinquent contributions at the rate of 8% on the balance due.  Article IX of CBA, §9.8.

7.    Defendant owes delinquent contributions to Plaintiffs in the amount of $935,810.14 for the months of October through November, 2007, and January through May, 2008.

8.    Defendant owes interest on unpaid contributions for the months of October through November, 2007, and January through April, 2008, in the amount of $46,715.53 by the terms of the Agreements.

9.    As of June 24, 2008, Defendant owes Funds the total of $982,425.67 in delinquent contributions, liquidated damages, and interest.

10.    In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Kevin C. Sherlock

Executed on June 24, 2008.

2

# EXHIBIT C

6-23-08LMS-137838                                        65100-01149LIT-4782

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 C 2904 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| THOMAS H. LITVIN CO., | ) | Magistrate Judge Nolan |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT CONCERNING ATTORNEYS' FEES AND COSTS

DOUGLAS A. LINDSAY states that if he were called to testify in the captioned case he would testify as follows:

1.        I am an adult and competent.

2.        The information contained in this Affidavit is based on my personal knowledge, the business records of LEWIS, OVERBECK & FURMAN, LLP (Firm), and review of Firm's records.

3.        During the course of this litigation, Douglas A. Lindsay, a partner in Firm, rendered 14.80 hours of legal services to Plaintiff at a rate of at a rate of $300.00 per hour, for a total of $4,440.00.

4.        During the course of this litigation, Lisa M. Simioni, an associate in Firm, rendered 5.40 hours of legal services to Plaintiffs, at a rate of $185.00 per hour, for a total of $999.00.

5.    During the course of this litigation, Brian T. Bedinghaus, an associate in Firm, rendered 4.60 hours of legal services to Plaintiffs, at a rate of $170.00 per hour, for a total of $782.00.

6.    During the course of this litigation, Robert C. Parizek, a paralegal in the Firm, rendered 3.30 hours of legal services to Plaintiffs, at a rate of $85.00 per hour, for a total of $280.50.

7.    The legal professionals' fees incurred by Plaintiffs in this matter total $6,510.50.

8.    Plaintiff has also incurred $350.00 in court filing fees, $60.00 for service of process fees, $60.00 for computerized docketing charges, $19.20 in postage charges, and $18.00 in travel charges for total costs of $507.20.

9.    The total amount due Plaintiffs for legal fees and costs is $7,008.70.

10.    Attached hereto as Attachment C-1 are true and correct copies of itemized time records and expense records made and kept in the ordinary course of Firm's business.

11.    I have over thirty-one years of ERISA and LMRA litigation experience.  I have has been admitted to practice by the following courts:  Illinois Supreme Court (1976); United States District Court for the Northern District of Illinois (General Bar, 1976; Trial Bar, 1982); United States District Court for the Eastern District of Wisconsin (1985); United States District Court for the Northern District of Indiana (1990); United States District Court for the Central District of Illinois (1994); United States Court of Appeals for the 7th Circuit (1982); the United States Supreme Court (1999).

12.    Lisa M. Simioni has been admitted to practice by the following courts: Illinois Supreme Court (2003); United States District Court for the Northern District of Illinois (2003).

13.    Brian T. Bedinghaus has been admitted to practice by the following courts:

Illinois Supreme Court (2005); United States District Court for the Northern District of Illinois

(2007); United States District Court for the Northern District of Indiana (2008).

14.    In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the

forgoing is true and correct.

DOUGLAS A. LINDSAY

Executed this 24th day of June, 2008.

# EXHIBIT C-1

# Lewis, Overbeck & Furman, LLP
## Time And Expense Details

Report ID: OT2025 - 23502
Monday, June 23, 2008

Printed By SKOU
Page 1

| Client | Client Reporting Name | | Matter | Beginning To End Matter Reporting Name | | Billing Timekeeper |
|---|---|---|---|---|---|---|
| 65100 | Plumbers 130 Litigation | | 01149 | 4782 Thomas H. Litvin Co. | | Lindsay, Douglas A. |

**Unbilled Time**

| Date | Timekeeper | Hours Worked | Rate | Hours To Bill | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 6/2/2008 | DAL | 0.10 | 300.00 | 0.10 | $30.00 | | | E-notice from court |
| 6/2/2008 | RCP | 0.50 | 85.00 | 0.50 | $42.50 | | | Paid vendor invoice; e-filed court document |
| 6/3/2008 | DAL | 0.10 | 300.00 | 0.10 | $30.00 | | | Conference with Funds' Field Representative |
| 6/5/2008 | LMS | 0.10 | 185.00 | 0.10 | $18.50 | | | Received green card |
| 6/9/2008 | LMS | 0.10 | 185.00 | 0.10 | $18.50 | | | Received green card |
| 6/10/2008 | DAL | 0.20 | 300.00 | 0.20 | $60.00 | | | Conference with J.T. Sullivan regarding lawsuit status |
| 6/13/2008 | DAL | 0.30 | 300.00 | 0.30 | $90.00 | | | Telephone conference with J.T. Sullivan; telephone conference with Funds' Field Representative |
| 6/16/2008 | DAL | 0.50 | 300.00 | 0.50 | $150.00 | | | Telephone conference with Defendant's attorney; review file; telephone conference with J.F. Coyne |
| 6/17/2008 | DAL | 0.80 | 300.00 | 0.80 | $240.00 | | | Conference with Funds' Field Representative; telephone conference with J.T. Sullivan; telephone conference with Defendant's attorney; review data regarding delinquencies; email from Defendant's attorney; telephone conference with J.F. Coyne; email to all concerned |
| 6/18/2008 | DAL | 0.20 | 300.00 | 0.20 | $60.00 | | | Fax from Defendant's representative; fax from J.F. Coyne |
| 6/19/2008 | DAL | 3.30 | 300.00 | 3.30 | $990.00 | | | Voicemail from defense attorney; telephone conference with Funds' Field Representative; review and organize file; voicemail to defense attorney; telephone conference with M. Wiggins; conference with Lisa M. Simioni regarding computation of indebtedness with M. Wiggins; numerous telephone conversations with J.T. Sullivan and Funds' Field Representative; voicemail to L. Wesensten; voicemail from L. Wesensten; fax from J.T. Sullivan; work with Lisa M. Simioni on computation of indebtedness and potential consent judgment; memos to file |
| 6/19/2008 | LMS | 5.20 | 185.00 | 5.20 | $962.00 | | | Conference with Douglas A. Lindsay regarding balance due and consent judgment; meeting with Marge Wiggins of Local Union 130; prepare consent judgment papers; email to bookkeeper regarding fees & costs |

**Unbilled Time Totals** 11.40 | 11.40 | $2,691.50

**Unbilled Expenses**

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 6/19/2008 | $350.00 | MISC | Bank of America – Filing Fee |
| 6/19/2008 | $18.00 | MISC | Lisa M. Simioni - Travel expenses re meeting |
| 6/2/2008 | $60.00 | MISC | Constable Services - Service of Summons |

**Unbilled Expenses Totals** $428.00

**Billed Time**

| Date | Timekeeper | Hours Worked | Rate | Hours On Bill | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|

# Lewis, Overbeck & Furman, LLP
## Time And Expense Details

Report ID:    OT2025 - 23502

Printed By    SKOU
Page          2

Monday, June 23, 2008
Billed Time

Beginning To End

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 4/25/2008 | DAL | 0.90 | 0.90 | 300.00 | $270.00 | | | Open litigation file; telephone conference with Funds' Field Representative; email from M. Wiggins; voicemail to Contractor's representative; email to all concerned; diary follow up date |
| 4/28/2008 | DAL | 1.00 | 1.00 | 300.00 | $300.00 | | | telephone conference with Contractor's representative; memo to file; organize file; conference with paralegal; telephone conference with Funds' Field Representative |
| 4/29/2008 | DAL | 1.10 | 1.10 | 300.00 | $330.00 | | | Telephone conference with Contractor's representatives; voicemail from J.T. Sullivan; review file; telephone conference with J.T. Sullivan; memos to file |
| 4/30/2008 | DAL | 0.20 | 0.20 | 300.00 | $60.00 | | | Conference with J.T. Sullivan |
| 5/5/2008 | DAL | 0.10 | 0.10 | 300.00 | $30.00 | | | Telephone conference with Funds' Field Representative regarding Contractor's settlement proposal |
| 5/7/2008 | DAL | 0.80 | 0.80 | 300.00 | $240.00 | | | Telephone conference with J.T. Sullivan; receive, review and process payment; review file; email to all concerned; conference with paralegal regarding payment; telephone conference with Funds' Field Representative regarding Contractor's payment proposal |
| 5/7/2008 | RCP | 0.30 | 0.30 | 85.00 | $25.50 | | | Processed payment |
| 5/8/2008 | DAL | 0.30 | 0.30 | 300.00 | $90.00 | | | Voicemail from J.T. Sullivan; telephone conference with J.T. Sullivan; review file regarding lawsuit |
| 5/9/2008 | DAL | 0.10 | 0.10 | 300.00 | $30.00 | | | Telephone conference with Funds' Field Representative |
| 5/12/2008 | DAL | 0.10 | 0.10 | 300.00 | $30.00 | | | Conference with F. Richard Skweres regarding payment proposal |
| 5/13/2008 | DAL | 0.40 | 0.40 | 300.00 | $120.00 | | | Telephone conference with Funds' Field Representative; review file; email to all concerned; diary follow up date |
| 5/14/2008 | DAL | 1.20 | 1.20 | 300.00 | $360.00 | | | Conference with F. Richard Skweres; telephone conference with Funds' Field Representative; email from M. Wiggins regarding Contractor's indebtedness; conference with paralegal regarding preparation of draft Note/Guaranty; telephone conference with Funds' Field Representative regarding computation of indebtedness; email to all concerned |
| 5/14/2008 | RCP | 0.50 | 0.50 | 85.00 | $42.50 | | | Worked on Note/Guaranty |
| 5/16/2008 | DAL | 0.50 | 0.50 | 300.00 | $150.00 | | | Email from paralegal regarding message from Contractor's representative; review file; email to all concerned; email from F. Richard Skweres; memo to file |
| 5/19/2008 | DAL | 1.90 | 1.90 | 300.00 | $570.00 | | | Review and revise draft lawsuit papers and conference with Brian T. Bedinghaus regarding finalizing; voicemail to Funds' Field Representative; telephone conference with J.T. Sullivan; telephone conference with Funds' Field Representative; e-file lawsuit papers |
| 5/19/2008 | BTB | 4.20 | 4.20 | 170.00 | $714.00 | | | Conference with Douglas A. Lindsay regarding case assignment; reviewed file; prepared complaint and lawsuit papers; phone call to Funds' Field Representative |
| 5/20/2008 | BTB | 0.10 | 0.10 | 170.00 | $17.00 | | | E-notices from District Court; arranged for service |
| 5/20/2008 | DAL | 0.30 | 0.30 | 300.00 | $90.00 | | | E-notices from court; email to all concerned |
| 5/21/2008 | BTB | 0.20 | 0.20 | 170.00 | $34.00 | | | Arranged for delivery of complaint to judge and for service on Secretary of Treasury and Secretary of Labor |
| 5/21/2008 | RCP | 0.20 | 0.20 | 85.00 | $17.00 | | | Paid vendor invoice |
| 5/22/2008 | RCP | 1.30 | 1.30 | 85.00 | $110.50 | | | Worked on service of process and courtesy copies; organized file |
| 5/22/2008 | RCP | 0.50 | 0.50 | 85.00 | $42.50 | | | Processed payment |
| 5/22/2008 | BTB | 0.10 | 0.10 | 170.00 | $17.00 | | | E-notice form District Court; diaried deadlines |
| 5/27/2008 | DAL | 0.40 | 0.40 | 300.00 | $120.00 | | | Email from M. Wiggins regarding computation of indebtedness; e-notices from court; statutory notice letters to Secretary of Labor & Secretary of Treasury |

Report ID:   OT2025 - 23502
Monday, June 23, 2008

# Lewis, Overbeck & Furman, LLP
## Time And Expense Details

**Billed Time**

| | Amount | Exp Code | Narrative |
|---|---|---|---|
| Totals | 16.70 | | |

Beginning To End

$3,810.00

**Billed Expenses**

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 5/31/2008 | $60.00 | DOCK | DM 2000, Computerized Docket and Case Watch Protection Service |
| 5/31/2008 | $19.20 | POST | Postage Charges |

**Billed Expenses**

| | | |
|---|---|---|
| Totals | $79.20 | |

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| Report Totals | 28.10 | 28.10 | $6,501.50 | $507.20 | $7,008.70 |

*** End Of Report ***

**EXHIBIT D**

6-23-08LMS137842-2T                                          65100-01149LIT-4782

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 C 2904 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| THOMAS H. LITVIN CO., | ) | Magistrate Judge Nolan |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT ORDER**

This cause coming before the Court for hearing on Plaintiffs' Motion for Entry of

Judgment, due notice having been given to all parties entitled thereto, and the Court being fully

advised in the premises

IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiffs,

JAMES T. SULLIVAN, etc., et al., and against Defendant, THOMAS H. LITVIN CO., in the

amount of $1,036,149.90.

This Order is enforceable and appealable.

DATE:_____          ENTER:


                                        _____
                                        Virginia Kendall
                                        United States District Judge