6-23-08LMS-137847                                              65100-01149LIT-4782

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 C 2904 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| THOMAS H. LITVIN CO., | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:   Thomas H. Litvin Co.                         David J. Schwab
      c/o Robert L. Litvin, registered agent       Richards Ralph & Schwab, Chtd.
      2101 W. Carroll                              175 E. Hawthorn Pky., Suite 345
      Chicago, IL 60612                            Vernon Hills, IL 60061-1460

PLEASE TAKE NOTICE that on Thursday, July 1, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia Kendall, or any judge sitting in his place and stead, in Courtroom No. 2319 in the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Motion for Entry of Judgment, a copy of which is herewith served upon you.

JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, LISA M. SIMIONI, and BRIAN T. BEDINGHAUS

By:     s/ Lisa M. Simioni
        Lisa M. Simioni
        20 N. Clark Street
        Suite 3200
        Chicago, IL 60602-5093
        312.580.1248

Of Counsel:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200

## PROOF OF SERVICE

I served a copy of the foregoing NOTICE OF MOTION upon:

Thomas H. Litvin Co.  
c/o Robert L. Litvin, registered agent  
2101 W. Carroll  
Chicago, IL 60612

David J. Schwab  
Richards Ralph & Schwab, Chtd.  
175 E. Hawthorn Pky., Suite 345  
Vernon Hills, IL 60061-1460

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Suite 3200, Chicago, Illinois on June 24, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 24, 2008

_____  
CHRISTINE USYAK

OF COUNSEL:  
LEWIS, OVERBECK & FURMAN, LLP  
20 North Clark Street  
Suite 3200  
Chicago, IL 60602-5093  
312.580.1200