6-24-08LMS-137869                                                                65100-01149LIT-4782

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 C 2904 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| THOMAS H. LITVIN CO., | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | |

**<u>AMENDED NOTICE OF MOTION</u>**

TO:  Thomas H. Litvin Co.                           David J. Schwab
     c/o Robert L. Litvin, registered agent          Richards Ralph & Schwab, Chtd.
     2101 W. Carroll                                 175 E. Hawthorn Pky., Suite 345
     Chicago, IL 60612                               Vernon Hills, IL 60061-1460

   PLEASE TAKE NOTICE that on Tuesday, July 1, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia Kendall, or any judge sitting in his place and stead, in Courtroom No. 2319 in the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Motion for Entry of Judgment, a copy of which is herewith served upon you.

                                        JAMES T. SULLIVAN, etc., et al., by their
                                        attorneys, DOUGLAS A. LINDSAY, JOHN W.
                                        LOSEMAN, LISA M. SIMIONI, and BRIAN T.
                                        BEDINGHAUS

                                        By:___s/ Lisa M. Simioni_____
Of Counsel:                                 Lisa M. Simioni
LEWIS, OVERBECK & FURMAN, LLP               20 N. Clark Street
20 N. Clark Street                          Suite 3200
Suite 3200                                  Chicago, IL 60602-5093
Chicago, IL 60602-5093                      312.580.1248
312.580.1200

## PROOF OF SERVICE

I served a copy of the foregoing AMENDED NOTICE OF MOTION upon:

| | |
|---|---|
| Thomas H. Litvin Co. | David J. Schwab |
| c/o Robert L. Litvin, registered agent | Richards Ralph & Schwab, Chtd. |
| 2101 W. Carroll | 175 E. Hawthorn Pky., Suite 345 |
| Chicago, IL 60612 | Vernon Hills, IL 60061-1460 |

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Suite 3200, Chicago, Illinois on June 24, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 24, 2008

_____
CHRISTINE USYAK

OF COUNSEL:
LEWIS, OVERBECK & FURMAN, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200