IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES T. SULLIVAN, et al., ) | |
| ) | Case No. 08-02904 |
| Plaintiff, ) | |
| ) | Hon. Virginia M. Kendall |
| v. ) | |
| ) | |
| THOMAS H. LITVIN CO., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING

To:   See attached Service List.

**PLEASE TAKE NOTICE THAT** on June 30, 2008, Thomas H. Litvin Co., by and through its attorneys, Richards, Ralph & Schwab, Chtd., filed with the Clerk of the United States District Court for the Northern District of Illinois, Chicago, Illinois, its Appearance on behalf of Thomas H. Litvin Co., a copy of which is attached hereto and served upon you.

THOMAS H. LITVIN CO.

By:  /s/ David J. Schwab
    One of Its Attorneys

David J. Schwab, ARDC 6204333
Michael L. Ralph, Sr., ARDC 2279304
Joel H. Norton, ARDC 6286977
Richards, Ralph & Schwab, Chartered
175 E. Hawthorn Parkway, Suite 345
Vernon Hills, Illinois  60061
Telephone:  (847) 367-9699
Email:  dschwab@rrs-chtd.com
    mralph@rrs-chtd.com
    jnorton@rrs-chtd.com

1

## CERTIFICATE OF SERVICE

The undersigned, attorney, depose and state that I caused a true and correct copy of the foregoing Notice of Filing and Appearance to be served upon the persons listed on the attached service list via facsimile and by first class mail, postage prepaid, by depositing the same in the United States Mail at 175 East Hawthorn Parkway, Suite 345, Vernon Hills, Illinois 60061, before 4:00 p.m. on June 30, 2008.

/s/ David J. Schwab

## SERVICE LIST

James T. Sullivan
Plumbers' Pension Fund, Local 130, U.A.
Plumbers' Welfare Fund, Local 130, U.A.
Trust Fund for Apprentice and Journeymen Education
and Training, Local 130, U.A.
Chicago Journeymen Plumbers' Local Union 130, U.A.
Group Legal Services Plan Fund
Plumbing Council of Chicagoland
c/o Douglas Allan Lindsay
Brian T. Bedinghaus
John W. Loseman
Lisa M. Simioni
Lewis, Overbeck & Furman, LLP
20 N. Clark St., Ste. 3200
Chicago, IL  60602
Facsimile:  (312) 580-1201