UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

James T. Sullivan, et al.
                      Plaintiff,

v.                                       Case No.: 1:08−cv−02904
                                            Honorable Virginia M. Kendall

Thomas H. Litvin, Co.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Motion hearing held and continued to 7/15/2008 at 09:00 AM. regarding plaintiffs' motion for judgment. Defendant is given to 7/8/2008 to file its answer to the complaint.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.