Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2904 | **DATE** | 7/15/2008 |
| **CASE TITLE** | JAMES T. SULLIVAN et al vs. THOMAS H. LITVIN CO | | |

**DOCKET ENTRY TEXT**

Defendant having no objection, enter judgment in favor of plaintiffs et al and against defendant in the amount of $1,036,149.90.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | JS |
|---|---|---|