

6-23-08LMS137842-2T                                           65100-01149LIT-4782

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) |
| Plaintiffs, | ) No. 08 C 2904 |
| v. | ) Judge Kendall |
| THOMAS H. LITVIN CO., | ) Magistrate Judge Nolan |
| Defendant. | ) |

### JUDGMENT ORDER

This cause coming before the Court for hearing on Plaintiffs' Motion for Entry of Judgment, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises

IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiffs, JAMES T. SULLIVAN, etc., et al., and against Defendant, THOMAS H. LITVIN CO., in the amount of $1,036,149.90.

This Order is enforceable and appealable.

DATE: 7-15-08

ENTER:

Virginia Kendall
United States District Judge