LIT-4782

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, etc., et al. ) | |
| ) | No. 08 C 2904 |
| Plaintiffs/Judgment Creditors, ) | |
| v. ) | Judge Virginia Kendall |
| ) | |
| THOMAS H. LITVIN CO., ) | |
| ) | Magistrate Judge Nan R. Nolan |
| Defendant/Judgment Debtor. ) | |

### CITATION TO DISCOVER ASSETS

To:   Thomas H. Litvin Co.
      c/o Robert L. Litvin, registered agent
      2101 W. Carroll Ave.
      Chicago, IL 60612

**YOU ARE REQUIRED TO DO THE FOLLOWING UPON RECEIVING THIS CITATION UNTIL FURTHER ORDER OF THE COURT IN ACCORDANCE WITH ILLINOIS SUPREME COURT RULE 277(f), OR UNTIL THIS CITATION IS DISMISSED BY THE COURT OR BY STIPULATION:**

**YOU ARE REQUIRED TO APPEAR** at the offices of LEWIS, OVERBECK & FURMAN, LLP, 20 North Clark Street, Suite 3200, Chicago, Illinois, on **October 2, 2008,** at **1:00 p.m.**, to be examined under oath concerning the property or income of, or indebtedness due or owed to Defendant/Judgment Debtor. This Citation examination shall be conducted by deposition as provided by the rules of this Court for depositions.

**YOU ARE REQUIRED TO PRODUCE** at the offices of LEWIS, OVERBECK, & FURMAN, LLP, 20 North Clark Street, Suite 3200, Chicago, Illinois, **on or before September 25, 2008,** all documents of every nature containing information concerning any assets, property, income of, or any indebtedness due or owed to Defendant/Judgment Debtor, under any name, including without limitation, documents reflecting the following (for the period from January 1, 2005, to the present, unless indicated otherwise):

(i) All accounts with any banking institution, savings and loan association, or credit union, including certificates of deposit, money market and mutual fund accounts, trust accounts and funds, checking accounts, savings accounts, money market accounts, pension plans, and retirement accounts, whether held in the name of the Judgment Debtor or in the Judgment Debtor's name with another person, including without limitation, cancelled checks and a copy of each detailed account statement;

1

(ii) All loans and promissory notes; loan or other financing applications; financial statements and reports; balance sheets, payroll records, and canceled checks;

(iii) All purchase or sale contracts, property listings, deeds, mortgages, trust agreements or assignments, leases, sale/leaseback contracts, and management contracts, made or executed by Defendant/Judgment Debtor pertaining to any real estate in which Defendant/Judgment Debtor has an interest or has had any interest within the last 24 months;

(iv) All payments to or for the benefit of Defendant/Judgment Debtor within one year; evidence of all monies owed to the Judgment Debtor, whether due, overdue, or to become due, for the performance of services rendered by the Judgment Debtor, including but not limited to wages, salary, commissions, accounts receivable, and other assets whether tangible or intangible;

(v) All business, corporation, partnership, joint venture, and/or sole proprietorship minutes, books, and records reflecting or pertaining to the transfer of any real estate between Defendant(s)/Judgment Debtor and any persons affiliated with or employed by Respondent within the last 24 months;

(vi) All financial statements for the last three years, including but not limited to all balance sheets, income statements, statements of cash flow, statements of changes in owners' equity; invoices, check registers, schedule of assets or items, equipment and materials lists, records reflecting the sale or other disposition of assets by Defendant/Judgment Debtor;

(vii) Ownership or investment interests of Defendant/Judgment Debtor in any business, property, or other investment;

(viii) All articles of incorporation and any and all amendments made thereto; All articles of dissolution;

(ix) Ownership or right to any motor vehicle or marine vessel titled under the laws of Illinois or any other state in the USA, together with any copies of any documentary evidence of any loans which are secured by said property, including loan applications, and status of any said loans as of the date of the service of this citation and as of the date of the entry of judgment herein; all vehicle title and registration documents; all documents and contracts reflecting the sale of any vehicle owned by the Judgment Debtor or used by the Judgment Debtor in its course of business within the last 5 years;

(x) Copies of Judgment Debtor's business income tax returns, federal and state, including all schedules, for the years 2005, 2006, and 2007.

(xi) Mortgages and/or deeds to real estate; interests in any trust, including land trusts; leases, rentals, properties, installment agreements or plans for any real estate or premises;

contracts regarding, or interests in, real estate; insurance policies, including schedules of insured property or items;

(xii) Property tax bills; quarterly reports and filings for estimated employment, unemployment, sales, and/or use taxes; W-2, W-3, and 1099 forms; tax delinquency or lien notices; correspondence to or from the IRS or Illinois Department of Revenue or their agents; and

(xiii) Bids, contracts, invoices, sales orders, work permits, permit applications, licenses, license applications, bonds, insurance policies, waivers, progress reports payment requests, and receipts for all work in progress, work under contract, planned work, and work or projects performed during the 12 months preceding the judgment and during the period between entry of the judgment and service of this Citation.

Judgment was entered against Defendant, THOMAS H. LITVIN CO. and in favor of Plaintiffs on July 31, 2008, in the principal amount of $1,036,149.90. The entire balance plus post-judgment interest at the rate of 2.33% per annum remains unsatisfied. As of August 21, 2008, after all credits and set-offs are given, the balance due is $1,037,538.84, consisting of (1) principal of $1,036,149.90 and (2) interest of $1,388.94. Interest continues to accrue at a rate of $66.14 per day while the judgment remains unsatisfied.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or from interfering with: (i) any property not exempt from the enforcement of a judgment therefrom, a deduction order or garnishment belonging to Defendant/Judgment Debtor; (ii) any such property to which Defendant/Judgment Debtor may be entitled; and (iii) any such property that may be acquired by Defendant/Judgment Debtor, until further order of the Court or termination of the proceeding.

**YOU ARE PROHIBITED** from paying over or otherwise disposing of any monies not so exempt which currently are due or owed to, or which are to become due or owed to, Defendant/Judgment Debtor until further order of the Court or termination of the proceeding.

**THE COURT MAY PUNISH YOU FOR CONTEMPT OF COURT** if you violate the foregoing restraining provisions.

**YOUR FAILURE TO APPEAR AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.**

## CERTIFICATE OF ATTORNEY

1. Judgment in the amount of $1,036,149.90 was entered July 31, 2008.

2. Name of Court: United States District Court for the Northern District of Illinois, Eastern Division.

3. Case No. 08 C 2904.

I, the undersigned, certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 to the Court that the foregoing information is true.

*Brian T. Bedinghaus*

Brian T. Bedinghaus
Lewis, Overbeck & Furman, LLP
Attorneys for Plaintiffs/Judgment Creditors
20 North Clark Street, Suite 3200
Chicago, Illinois 60603-4274
(312) 580-1269
65100/1149BTB138605

AUG 2 1 2008

Issued this date: _____, 2008

MICHAEL W. DOBBINS
Clerk, United States District Court
for the Northern District of Illinois

NADINE FINLEY
By:_____
    Deputy Clerk
    (Please apply seal of Court)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, etc., et al.                )<br>                                                                 )<br>       Plaintiffs/Judgment Creditors,  )<br>   v.                                                        )<br>                                                                 )<br>THOMAS H. LITVIN CO.,                      )<br>                                                                 )<br>       Defendant/Judgment Debtor.    ) | No. 08 C 2904<br><br>Judge Virginia Kendall<br><br>Magistrate Judge Nan R. Nolan |

## NOTICE OF SERVICE

To:   Thomas H. Litvin Co.  
       c/o Robert L. Litvin, Registered Agent  
       2101 W. Carroll Ave.  
       Chicago, IL  60612

David Schwab  
175 East Hawthorn Pkwy.  
Suite 345  
Vernon Hills, Illinois 60061

Robert L. Litvin  
6716 Solano Drive  
Paradise Valley, Arizona 85253

    PLEASE TAKE NOTICE that on the 22nd day of August, 2008, we caused to be served upon the Illinois Secretary of State, as agent for Thomas H. Litvin Co. a copy of this Notice, the Citation to Discover Assets to Robert H. Litvin Co., and Affidavit of Compliance Form BCA 5.25, copies of which documents are herewith served upon you.

                                                           James T. Sullivan, etc., et al. by his  
                                                           attorneys, John W. Loseman, Douglas  
                                                           A. Lindsay, Brian T. Bedinghaus, and Lisa  
                                                           M. Simioni,

                                                           By: _____  
                                                           Brian T. Bedinghaus  
                                                           20 N. Clark Street, Suite 3200  
                                                           Chicago, IL 60602-5093  
                                                           312.580.1269

*Of Counsel*:  
LEWIS, OVERBECK & FURMAN, LLP  
20 N. Clark Street, Suite 3200  
Chicago, IL 60602-5093  
312.580.1200  
65100/1149BTB138606

CERTIFICATE OF SERVICE

I served a copy of (1) the foregoing Notice of Service and (2) the Citation to Discover Assets, and (3) the Affidavit of Compliance Form BCA 5.25 pertaining thereto, on the following person(s):

*(Via Certified Mail, Return Receipt Requested, Receipt No. 70042510000195620305  )*
    Thomas H. Litvin Co.
    c/o Robert L. Litvin, Registered Agent
    2101 W. Carroll Ave.
    Chicago, IL  60612

*(Via Certified Mail, Return Receipt Requested Receipt No. 70042510000195620299 )*
    David Schwab
    175 East Hawthorn Pkwy.
    Suite 345
    Vernon Hills, Illinois 60061

(Via Certified Mail, Retrurn Receipt Requested, Receipt No. 70042510000195620312   )
    Robert L. Litvin
    6716 Solano Drive
    Paradise Valley, Arizona 85253

via certified mail, return receipt requested, by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid with postage prepaid and depositing the same in the United States Mail Box at 20 North Clark Street, Chicago, Illinois on August 26, 2008, before 5:00 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

                                                _____
                                                ROBERT C. PARIZEK

LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street, Suite 3200
Chicago, IL 60602-5093
312.580.1200

| Form **BCA-5.25** (Rev. Jan. 2003) | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE BUSINESS CORPORATION ACT | File # 2091003 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>217-524-6748<br>www.cyberdriveillinois.com | This space for use by Secretary of State.<br>**FILED**<br>AUG 2 5 2008<br>**JESSE WHITE**<br>**SECRETARY OF STATE** | SUBMIT IN DUPLICATE<br>Date:<br>Filing Fee: $10<br>Approved: |
| Remit payment in check or money order payable to Secretary of State. | | |

1. Title and Number of Case:

   JAMES T. SULLIVAN, ETC., ET AL.   _first named plaintiff_
   v.
   THOMAS H. LITVIN CO.   _first named defendant_

   Number  08 C 2904

2. Name of corporation being served: THOMAS H. LITVIN CO.
3. Title of court in which an action, suit or proceeding has been commenced: U.S. District Court for the Northern District of Illinois, Eastern Division
4. Title of instrument being served: Citation to Discover Assets
5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☑ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____ Month & Day, _____ Year; the conditions of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____ Month & Day, _____ Year.

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: _SEE ATTACHED_

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   _Brian T. Bedinghaus_ Signature of Affiant        August 21, 2008

   ( 312 ) 580-1269   Telephone Number

**Return to (please type or print clearly):**
Brian T. Bedinghaus
Lewis, Overbeck & Furman, LLP — Name
20 N. Clark Street, Suite 3200 — Street
Chicago, IL 60602
City/Town    State    ZIP

TENDERED CHICAGO CORP. DEPARTMENT
AUG 2 2 2008
ACCEPTANCE AND "FILED" DATE ESTABLISHED ONLY AFTER REVIEW

Printed by authority of the State of Illinois. June 2005 — 5M — C 213.10

## INSTRUCTIONS

Deliver to the Secretary of State:

1. Copy of process, notice or demand;
2. Copy of any papers to be served therewith;
3. Affidavit of Compliance for Service on Secretary of State; and
4. $10 fee.

**This affidavit will be stamped with the date of filing and returned to the affiant as the only proof of filing.**

After proof of filing has been received, transmit to the corporation being served by **CERTIFIED** or **REGISTERED** mail:

1. Copy of process, notice or demand;
2. Copy of any papers to be served therewith;
3. Copy of filed Affidavit of Compliance for Service on Secretary of State.

Transmittal to the corporation being served shall be:

1. At the last registered office of the corporation as shown on the records of the Secretary of State;

**AND**

2. At such address the use of which the person instituting the action, suit or proceeding knows, or on the basis of reasonable inquiry has reason to believe, is most likely to result in actual notice.

Printed by authority of the State of Illinois, June 2005 — 5M — C 213.10

Thomas H. Litvin Co.
c/o Robert L. Litvin, Registered Agent
2101 West Carroll Avenue
Chicago, Illinois 60612

David Schwab
175 East Hawthorn Pkwy.
Suite 345
Vernon Hills, Illinois 60061

Robert L. Litvin
6716 Solano Drive
Paradise Valley, Arizona 85253