# United States District Court For The Northern District of Illinois, Eastern Division

James T. Sullivan, etc., et al.,

       Plaintiff(s),

vs.

Thomas H. Litvin Co., Garcel, Inc. a/k/a Great American Group,

       Defendant(s).

Case No.: 08 C 2904

**AFFIDAVIT OF SERVICE**

---

I, Ronald Steffens, being first duly sworn on oath, depose and say the following:

On August 26, 2008 at 10:13 AM, I served the within Citation To Discover Assets on Garcel, Inc. c/o Tom Pabst–Reg Agent in the following manner:

**Corporate Service:** By leaving a copy of the Citation To Discover Assets with Tom Pabst, the registered agent of Garcel, Inc. c/o Tom Pabst–Reg Agent.

Service was effected at 9 Parkway North 300, Deerfield, IL 60015.

Description of person process was left with:

Sex: **Male** – Skin: **Caucasian** – Hair: **wht** – Approx. Age: **58** – Height: **6'0"** – Weight: **180**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Prodecure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

Further the affiant sayeth naught.



X _____
**Ronald Steffens**
License(s): 117-001101

United Processing, Inc.
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
312.629.0140

21264