## United States District Court For The Northern District of Illinois, Eastern Division

**James T. Sullivan, etc., et al.,**

   Plaintiff(s),

vs.

**Thomas H. Litvin Co., Garcel, Inc. a/k/a Great American Group,**

   Defendant(s).

Case No.: **08 C 2904**

**AFFIDAVIT OF SERVICE**

---

I, Ronald Steffens, being first duly sworn on oath, depose and say the following:

On August 26, 2008 at 10:13 AM, I served the within Citation To Discover Assets on Garcel, Inc. c/o Tom Pabst–Reg Agent in the following manner:

**Corporate Service:** By leaving a copy of the Citation To Discover Assets with Tom Pabst, the registered agent of Garcel, Inc. c/o Tom Pabst–Reg Agent.

Service was effected at 9 Parkway North 300, Deerfield, IL 60015.

Description of person process was left with:

**Sex: Male** – Skin: **Caucasian** – Hair: **wht** – Approx. Age: **58** – Height: **6'0"** – Weight: **180**

Under penalties as provided by law pursuant to Section 1–109 of the Code of Civil Prodecure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

Further the affiant sayeth naught.



x _____
**Ronald Steffens**
License(s): 117–001101

United Processing, Inc.
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
312.629.0140

21264